GQuitugua.IND

LEONARDO M. RAPADAS
United States Attorney

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00025 |
| Plaintiff, | INDICTMENT |
| vs. | DRUG USER IN POSSESSION OF A FIREARM |
| GLEN TAISACAN QUITUGUA, | [18 U.S.C. §§ 922(g)(3) & 924(a)(2)] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about the 11th day of June 2004, in the District of Guam, the defendant, GLEN TAISACAN QUITUGUA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, that is; crystal methamphetamine aka "ice", did knowingly possess in and affecting commerce a firearm, to wit; a Dan Wesson model .357

\\
\\
\\

-1-

ORIGINAL

Magnum revolver, serial number 356049; which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED this _____ day of March 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

_____
JEFFREY J. STRAND
Assistant U. S. Attorney