1  GQuitugua.WRT

2  LEONARDO M. RAPADAS
   United States Attorney

3

4  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
   Suite 500, Sirena Plaza
5  108 Hernan Cortez Avenue
   Hagåtña, Guam 96910
6  Telephone: (671) 472-7332
   Facsimile: (671) 472-7334
7

   Attorneys for the United States of America
8



DISTRICT COURT OF GUAM

MAR 17 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00025 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| GLEN TAISACAN QUITUGUA, | ) | |
| Defendant. | ) | |

TO: OFFICER IN CHARGE
   Territorial Detention Center
   Territory of Guam

   This Court finds that GLEN TAISACAN QUITUGUA, is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on March 21, 2005, at 10:00 a.m. for an initial appearance in the United States District Court of Guam.

   **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce GLEN TAISACAN QUITUGUA before this Court on March 21, 2005, at 10:00 a.m., and whenever necessary hereafter

\\

USMS
ACKNOWLEDGED RECEIPT
By: _____
Date:

to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to their place of confinement.

**SO ORDERED** this 17th day of March, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:
RUSSELL C. STODDARD
First Assistant U.S. Attorney



RECEIVED
MAR 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-