# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

U.S. MARSHALS-GUAM RECEIVED
16 MAR 2005 14 00 00

FILED
DISTRICT COURT OF GUAM
MAR 1 8 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

GLEN TAISACAN QUITUGUA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-05-00025

③

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time <br> **Monday, March 21, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **922(g)(3) & 924(a)(2)**

Brief description of offense:

**DRUG USER IN POSSESSION OF A FIREARM**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**March 16, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date  3/18/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: DOC Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/18/05
Date

J.L.G. Salas
Name of United States Marshal

J.C.
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.