

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CRIMINAL MINUTES

**CASE NO.** CR-05-00025  **DATE:** 03/21/2005  **TIME:** 10:14:36 - 10:19:45

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE  Law Clerk: JUDITH HATTORI
Official Court Reporter: WANDA MILES  Courtroom Deputy: Leilani Toves Hernandez
Court Recorder: N/A  CSO: B. Benavente

********************* A P P E A R A N C E S *****************************

**DEFT:** GLEN TAISACAN QUITUGUA  **ATTY:** JOHN GORMAN
(✓) PRESENT (✓) CUSTODY ( ) BOND ( ) P.R.  (✓) PRESENT ( ) RETAINED (✓) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** RUSS STODDARD  **AGENT:**

**U.S. PROBATION:** MELINDA BRUNSON  **U.S. MARSHAL:** P. RABINA & F. TAITAGUE

**INTERPRETER:**  **LANGUAGE:**

**PROCEEDINGS:** INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT

(✓) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

FEDERAL PUBLIC DEFENDER   APPOINTED TO REPRESENT THE DEFENDANT

(✓) DEFENDANT SWORN AND EXAMINED

   AGE:       SCHOOL COMPLETED:   graduated from high school

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

(✓) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

(✓) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (✓) INDICTMENT


**PRELIMINARY EXAMINATION SET FOR:**
**ARRAIGNMENT SET FOR:**
**TRIAL SET FOR:** May 16, 2005 at 9:30 a.m.
**PROCEEDINGS CONTINUED TO:**


( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
   ( ) *PROCESSING*   (✓) *DETENTION*

**NOTES:**
Defendant entered a Not Guilty plea to the sole count in the Indictment. Trial Order executed.

Government submitted to the recommendation in the PreTrial Services Report. Defense had nothing to offer at this time.

The Court remanded the defendant to the custody of the U.S. Marshal Service.