JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
GLEN TAISACAN QUITUGUA



**FILED**
DISTRICT COURT OF GUAM

MAY -3 2005 nba

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 05-00025 |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | CONTINUANCE OF TRIAL DATE AND |
| vs. ) | EXCLUDABLE TIME PERIODS UNDER |
| ) | SPEEDY TRIAL ACT; [PROPOSED] |
| GLEN TAISACAN QUITUGUA, ) | FINDINGS AND ORDER |
| ) | |
| Defendant. ) | Original Trial Date: May 16, 2005 |
| ) | Proposed Trial Date: July 5, 2005 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Russell Stoddard, and defendant Glen Taisacan Quitugua, by and through his attorney of record, Assistant Federal Public Defender, Kim Savo, as follows:

1. Defendant first appeared before a judicial officer in the court in which this charge is pending on March 21, 2005. The Indictment in this case was filed on March 16, 2005.

The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that trial commence on or before May 31, 2005.

2. Assistant Federal Public Defender Kim Savo was newly assigned to represent Mr. Quitugua on April 5, 2005. Mr. Quitugua has been in state custody on state charges arising from the same offense conduct alleged in the instant indictment. Defense Counsel has been negotiating a transfer of custody from the state to the U.S. Marshal. Defense counsel has not had sufficient time to review discovery and meet with Mr. Quitugua to exercise due diligence in preparation for trial.

3. The parties estimate that the trial in this matter will last approximately two to three days.

4. By this stipulation the parties jointly move that the trial date be continued from May 16, 2005 to July 5, 2005. Additionally, the parties jointly move that the date for hearing motions be continued to June 14, 2005.

5. The parties agree and stipulate, and request that the court find the following:

a) Defense counsel requires additional time to conduct further investigation, file any necessary motions and to prepare to defend Mr. Quitugua at trial on the charged offense. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective representation of Mr. Quitugua and for effective preparation, taking into account the exercise of due diligence.

2

b) Based on the above stated findings, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(1) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence:

(I) The time period of May 16, 2005 to July 5, 2005 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions fo the Speedy Trial Act dictate

//
//
//
//
//
//
//
//
//

3

that additional time periods are excludable from the period within which trial must commence.

DATED: Mongmong, Guam, May 3, 2005.

KIM SAVO
Attorney for Defendant
GLEN TAISACAN QUITUGUA

DATED: Hagatna, Guam, 5/3/05.

RUSSELL STODDARD
Attorney for Plaintiff
United States of America

IT IS SO ORDERED.

The time period of May 16, 2005 to July 5, 2005 is deemed excludable. Trial is continued to July 5, 2005 at 9:30 AM. All motions shall be heard on June 17, 2005 at 10:00 a.m.

DATED: Hagatna, Guam, May 3, 2005.

HONORABLE DAVID O. CARTER
United States District Judge



RECEIVED
MAY - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4