```
                                              FILED
                                    DISTRICT COURT OF GUAM
                                        MAY 11 2005 hba
                                        MARY L.M. MORAN
                                        CLERK OF COURT
```


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00025 |
|---|---|
| Plaintiff. | ) **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) **A FELONY CASE BEFORE UNITED** |
|  | ) **STATES MAGISTRATE JUDGE** |
| GLEN TAISACAN QUITUGUA, | ) |
| Defendant. | ) |

    I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this \_\_\_\_day of May 2005.

_____
GLEN TAISACAN QUITUGUA
Defendant

_____
KIM SAVO
Assistant Federal Public Defender
Attorney for Defendant

APPROVED:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney