**FILED**

DISTRICT COURT OF GUAM

JUN - 7 2005 ᵖᵇᵉ

MARY L.M. MORAN
CLERK OF COURT

⑬

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00025 |
| Plaintiff. | ) | |
| | ) | **ACCEPTANCE OF PLEA OF GUILTY,** |
| vs. | ) | **ADJUDICATION OF GUILT AND** |
| | ) | **NOTICE OF SENTENCING** |
| GLEN TAISACAN QUITUGUA, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this _6_ day of June 2005.

RICARDO S. MARTINEZ*
District Judge

---

* The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.