*ORIGINAL*

JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
GLENN TAISACAN QUITUGUA

FILED
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00025 |
| Plaintiff, | ) ) ) | LETTERS IN SUPPORT RE SENTENCING |
| vs. | ) ) | |
| GLENN TAISACAN QUITUGUA, | ) ) | |
| Defendant. | ) ) | |

Defendant, GLENN TAISACAN QUITUGUA, by and through counsel, Kim Savo, Assistant Federal Public Defender, respectfully submits the attached letter for the Court's consideration in sentencing.

DATED: Mongmong, Guam, August 1, 2005.

KIM SAVO
Attorney for Defendant

**UNIVERSITY GARDENS CONDOMINIUM
HOMEOWNERS' ASSOCIATION
P.O. Box 22286
GMF, Guam 96921**

DEAR JUDGE MARSHALL, 

MY NAME IS ROBERT MUNIER. I AM WRITING ON BEHALF OF GLENN QUITUGUA. HE IS A FRIEND OF MINE. I BELIEVE HIM TO BE A GOOD PERSON AT HEART. WE ALL MAKE MISTAKES, SOME BIGGER THAN OTHERS. I WOULD LIKE THE COURT TO KNOW THAT UPON HIS RELEASE, HE WILL HAVE A GOOD HOME TO COME TO. I AM CURRENTLY THE MANAGER OF UNIVERSITY GARDENS CONDOMINIUM IN MANGILO. I WILL HAVE PLENTY OF WORK FOR HIM, TO KEEP HIM BUSY. I AM ALSO THE HEAD FOREMAN FOR ISLAND MOBIL SHREDDING. GLENN WILL HAVE A CHANCE TO EARN SOME GOOD HONEST MONEY. THANK-YOU FOR YOUR TIME. MY CONTACT # IS 734-0003. MY OFFICE # IS 734 6574.

THANK-YOU

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on August 2, 2005:

RUSSELL C. STODDARD
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 2, 2005.

ALEXANDER A. MODABER
Investigator

KIM SAVO
Attorney for Defendant
GLENN TAISACAN QUITUGUA