```
                IN THE DISTRICT COURT OF GUAM              FILED
                       TERRITORY OF GUAM
                       CRIMINAL MINUTES                DISTRICT COURT OF GUAM
                          SENTENCING                        AUG 11 2005
```

CASE NO. CR-05-00025        DATE: 08/10/2005

MARY L.M. MORAN
CLERK OF COURT

HON. CONSUELO B. MARSHALL, Designated Judge  Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                 Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 3:43:53 - 3:53:23   CSO: J. McDonald

**************************APPEARANCES****************************

**DEFT: GLEN TAISACAN QUITUGUA**            **ATTY: KIM SAVO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                  AGENT:

U.S. PROBATION: CARLEEN BORJA               U.S. MARSHAL: W. GRAY

INTERPRETER: _____     ( ) SWORN    LANGUAGE: _____
                                 ( ) PREVIOUSLY SWORN

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
    COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE  ___ GOVERNMENT ___ DEFENSE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 14     Total offense level: 12    Criminal History Category: I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Agreed with the recommendation of time served in the presentence report.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Concurred with the presentence report in its recommendation.

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defendant waived formal arraignment for sentencing.

| SENTENCE: | CR-05-00025 | DEFENDANT: | GLEN TAISACAN QUITUGUA |

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>14 MONTHS WITH CREDIT FOR TIME SERVED (APPROXIMATELY 426 DAYS).</u>

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE AND LOCAL CRIMES.

2. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE AND 18 U.S.C. § 3583.

3. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON

4. DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

6. DEFENDANT SHALL SUBMIT URINALYSIS WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND, TO TWO MORE URINALYSIS THEREAFTER.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOL.

8. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

9. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY OR DURING THE PERIOD OF SUPERVISED RELEASE.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.