PROB 12A
(7/93)

FILED
DISTRICT COURT OF GUAM
SEP 20 2005
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Glen Taisacan Quitugua | Case Number: CR 05-00025-001 |

Name of Sentencing Judicial Officer:     Consuelo B. Marshall

Date of Original Sentence:          August 10, 2005

Original Offense:     Drug User in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(3) & 924(a)(2).

Original Sentence:    14 months incarceration followed by a three year term of supervised release with conditions to include: not poses a firearm, ammunition, destructive device, or any other dangerous weapon; refrain from use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse; perform 100 hours of community service; cooperate in the collection of DNA as directed by the probation officer; and pay a $100 special assessment fee.

Type of Supervision:    Supervised Release         Date Supervision Commenced: August 10, 2005

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Positive drug test. |

ORIGINAL

On September 2, 2005, Mr. Quitugua was subjected to urinalysis at the U.S. Probation Office, which tested presumptive positive for methamphetamine. He executed an admission form admitting to using "ice" on August 31, 2005. Mr. Quitugua has also been returned to Phase I in the drug testing and treatment phase system as a result of his noncompliance.

Except as outlined above, Mr. Quitugua has been generally compliant with the conditions of supervision since being placed on supervised release. He has not tested positive on additional urinalysis and breathalyser tests conducted. He completed his community service requirement on September 14, 2005. In addition, he paid his $100 special assessment fee on August 18, 2005.

This probation officer respectfully requests that the Court take no action at this time. Mr. Quitugua has been afforded substance abuse counseling services and has been warned of the consequences of future violations. The Court will be kept informed of further noncompliance.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 9/16/05

Respectfully submitted,

by: [signature]
JOHN W. SAN NICOLAS II
U.S. Probation Officer
Date: 9/16/05

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

RECEIVED
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[signature]
Signature of Judicial Officer

September 20, 2005
Date