
# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 05-00025-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| GLEN TAISACAN QUITUGUA | ) | |
| Defendant. | ) | |

On August 10, 2005, Glen Taisacan Quitugua was sentenced by the Honorable Consuelo B. Marshall, Designated Judge, U.S. District Court of Guam, for Drug User in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(3) and 924(a)(2). He was sentenced to a 14 month term of imprisonment, followed by a three year term of supervised release with conditions that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; refrain from the use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; perform 100 hours of community service; and pay a special assessment fee of $100.00. He has been on supervised release since August 10, 2005.

Mr. Quitugua is requesting the Court's permission to travel to Saipan, Commonwealth of the Northern Mariana Islands to visit his parents and children. He will depart on October 30, 2005 and return to Guam on November 1, 2005.

Request to Travel
Re: QUITUGUA, Glen T.
USDC Cr. Cs. No. 05-00025-001
October 26, 2005
Page 2

As of October 21, 2005, Mr. Quitugua has satisfactorily adjusted to his term of supervised release. His DNA requirement was met on September 6, 2005. An Informational Report was filed on September 20, 2005 for positive drug use. He has since been referred for drug treatment and has tested negative for illicit substances and alcohol. He completed his community service requirement on September 14, 2005, and paid his $100 special assessment fee on August 18, 2005. This Officer therefore supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *FOR:* Judy Ann T. Ocampo
JOHN W. SAN NICOLAS II
U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File