| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE **ORIGINAL**<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Glen T. Quitugua
USDC Cr.Cs.#05-00025-001
SS# XXX-XX-4680
DOB: X/X/1972
HT: 5 ft 7 in
WT: 190 lbs



DATE: October 28, 2005

YOU ARE AUTHORIZED TO TRAVEL TO: Saipan, N.M.I.

LEAVING: October 30, 2005   AND RETURNING: November 1, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit his parents and children.**

**FILED**
DISTRICT COURT OF GUAM

OCT 28 2005

MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Saipan, N.M.I.;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

**RECEIVED**
OCT 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

NAME   N/A
ADDRESS

_____
John W. San Nicolas II
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge