

**FILED**
DISTRICT COURT OF GUAM
DEC 29 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00025-001 |
|          Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| GLEN TAISACAN QUITUGUA ) | |
|          Defendant. ) | |

     On August 10, 2005, Glen Quitugua was sentenced in the District Court of Guam to an imprisonment term of 14 months with credit for time served followed by three years of supervised release for Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2). He was released on that same date and commenced his term of supervised release.

     On November 21, 2005, a pre-transfer investigation was made to the District of the Northern Mariana Islands probation office upon Mr. Quitugua's request to return to his home and family. Mr. Quitugua has had difficulty in complying with his conditions of supervised release as he does not have stable income, residence, and is dependent on assistance from his cousins. On December 1, 2005, the District of the Northern Mariana Islands approved the transfer request.

     Mr. Quitugua is requesting to return to Saipan on December 31, 2005, in time for the New Year holiday. In light of the above information, the Court's authorization is requested since travel is to the Commonwealth of the Northern Mariana Islands.

     RESPECTFULLY submitted this 29th day of December 2005.

                                                Respectfully submitted,
                                                FRANK MICHAEL CRUZ

               By: _____
                                                ROSSANNA VILLAGOMEZ-AGUON
                                                U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    USPO Margarita Wonenberg, District of the Northern Mariana Islands
        File

**ORIGINAL**