| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

QUITUGUA, Glen Taisacan
USDC Cr. Cs. 05-00025
DOB: XX/XX/1972
SSN: XXX-XX-4680
Height: 5'7"
Weight: 200 lbs.



DATE December 29, 2005

YOU ARE AUTHORIZED TO TRAVEL TO   Saipan, Commonwealth of the Northern Mariana Islands

LEAVING   December 31, 2005   AND RETURNING   N/A

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Return home.**

**FILED**
DISTRICT COURT OF GUAM

DEC 30 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**You shall report to U.S. Probation Officer Margarita Wonenberg no later than January 3, 2005.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF
DESTINATION:

ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME _____

ADDRESS _____

[X] APPROVED   [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**RECEIVED**
DEC 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**