*United States District Court*

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
JAN 17 2006
MARY L.M. MORAN
CLERK OF COURT

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: Glenn Taisacan Quitugua      Case Number: CR 05-00025-001

Name of Sentencing Judicial      Consuelo B. Marshall

Date of Original Sentence:      August 10, 2005

Original Offense:      Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

Original Sentence:      14 months incarceration with credit for time served followed by a three year term of supervised release with conditions to include: not possess a firearm, ammunition, destructive device, or any other dangerous weapon; refrain from use of any and all alcohol; participate in a program approved by the U.S. Probation Office for substance abuse; perform 100 hours of community service; cooperate in the collection of DNA as directed by the probation officer; and pay a $100 special assessment fee. On September 20, 2005, an Informational Report was filed with the Court for noncompliance. On November 19, 2005, the Court modified conditions of supervised release and ordered that the defendant perform an additional 50 hours community service as approved by the U.S. Probation Office; and that the defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation, and at least two tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

Type of Supervision: Supervised Release      Date Supervision Commenced: August 10, 2005

**PETITIONING THE COURT**

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

CAUSE

- The defendant shall perform an additional 100 hours of community service under at the direction of the United States Probation Office

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
Page2

On December 31, 2005, Mr. Quitugua relocated to the island of Saipan on a transfer of supervision to the District of the Northern Mariana Islands. On January 3, 2006, he reported to the U.S. Probation Office and was processed for supervision. During the interview, Mr. Quitugua admitted to the use of an illegal substance in Guam prior to leaving the district. He signed an Admission of Drug Use form and admitted to smoking "ice" on December 31, 2005.

Mr. Quitugua was placed on Day One Phase I of the Substance Abuse Treatment Program and referred to the Marianas Psychiatric Services. On January 9, 2006, he reported to the National Park Service where he was referred to perform the community service previously ordered. It appears that Ms. Quitugua is taking positive steps toward correcting his misconduct and understanding his addiction. It is anticipated that his return to his family and support system will enable him to successfully complete his conditions of supervision.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Quitugua's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 1/13/06

Respectfully submitted,

by: MARGARITA WONENBERG
U.S. Probation Officer

Date: 1/13/06

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
JAN 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

DONALD W. MOLLOY, Designated Judge
Signature of Judicial Officer
Date: 1/17/2006

PROB 49
(3/89)

# United States District Court

for

*District of Northern Mariana Islands*

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the defendant shall perform an additional 100 hours of community service under the direction of the United States Probation Office.

Witness: Margarita DLG. Wonenberg
U.S. Probation Officer

Signed: Glenn Taisacan Quitugua
Probationer or Supervised Releasee

January 03, 2006
Date