# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER
**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

February 16, 2007



FILED
DISTRICT COURT OF GUAM

FEB 21 2007

MARY L.M. MORAN
CLERK OF COURT

Honorable Frances M. Tydingco-Gatewood
Chief Judge
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

RE: QUITUGUA, GLEN
USDC Cr. Cs. No.: 05-00025-001

TRANSFER OF JURISDICTION

Dear Judge Tydingco-Gatewood:

Glen Taisacan Quitugua was sentenced on August 10, 2005 for the offense of Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3), and 924(a)(2). Mr. Quitugua has been on supervised release since August 10, 2005 and will terminate from supervision on August 9, 2008.

In December 2005, Mr. Quitugua applied for relocation to the island of Saipan, Northern Mariana Islands, where his parents reside in the village of Garapan. Mr. Quitugua is a Saipan native and has family ties on Saipan. For this reason, he was granted a transfer of supervision to the island. On January 1, 2006, he commenced supervision with the U.S. Probation Office in Saipan.

Mr. Quitugua's compliance to his release conditions has been without incident for eleven months. However, as of December 2006, he tested positive for methamphetamine on four occasions, submitted an adulterated specimen, and tested positive for alcohol use, which warrants Court

ORIGINAL

Transfer of Jurisdiction
Re: QUITUGUA, Glen
USDC Cr. Cs. No. 05-00025-001
February 16, 2007
Page 2


attention. In lieu of Mr. Quitugua's situation and in light of his noncompliance, this Officer respectfully requests in the case of Glen Taisacan Quitugua, that the Transfer of Jurisdiction to the U.S. District Court, District of the Northern Mariana Islands, be approved.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *(signature)*
MARGARITA DLG. WONENBERG
U.S. Probation Officer

Reviewed by:

*(signature)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader