PROB 22
(Rev. 2/88)

**FILED**

TRANSFER OF JURISDICTION

DISTRICT COURT OF GUAM

MAR 13 2007

MARY L.M. MORAN
CLERK OF COURT

| DOCKET NUMBER *(Tran. Court)* |
|---|
| CR 05-00025-001 |
| DOCKET NUMBER *(Rec. Court)* |
| CR 07-00002 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **GLEN TAISACAN QUITUGUA**<br>c/o USPO Margarita DLG Wonenberg<br>District of the Northern Mariana Islands<br>Horiguchi Building, Room 4D<br>P.O. Box 502089 CK<br>Saipan, MP 96950  | | |

| NAME OF SENTENCING JUDGE |
|---|
| HONORABLE JOHN S. UNPINGCO |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | August 10, 2005 | August 9, 2008 |

OFFENSE

Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ U.S. District Court _____ DISTRICT OF _____ Guam _____

　　　IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern Mariana Islands _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/23/07
_____Date_____

Frances M. Tydingco-Gatewood, Chief Judge
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ U.S. District Court _____ DISTRICT OF _____ the Northern Mariana Islands _____

　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be assumed by this Court from and after the entry of this order.

**RECEIVED**

FEB 21 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

3-8-07
*Effective Date*

Alex R. Munson, Chief Judge
*United States District Judge*

**ORIGINAL**